TOWN OF MONROE et al., Respondents, v. JACK PEARL et al., Appellants.— In an action to restrain alleged violations of a zoning ordinance and for incidental relief, order denying motion to dismiss the complaint as insufficient, pursuant to rule 106 of the Rules of Civil Practice, affirmed, with $10 costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. Order denying appellants' motion to resettle order affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ., concur.

## (October 11, 1948.)

GEORGE ALENICK, Respondent, v. DAYTON STORAGE COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ.

HOMER H. BRELAND, Appellant, v. GLENS FALLS INDEMNITY COMPANY, Respondent.— Motion for reargument denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ. [See ante, p. 88.]

In the Matter of the Construction of the Will of CORNELIA C. F. HORSFORD, Deceased. In the Matter of the Construction of the Will of PHOEBE G. HORSFORD, Deceased. RUTH D. FISKE, as Ancillary Executrix and Trustee under the Will of AUGUSTUS H. FISKE, Deceased, et al., Appellants; GARDINER H. FISKE, as Sole Surviving Executor of CORNELIA C. F. HORSFORD, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ. [See 273 App. Div. 1030.]

DAVID J. LEWIS, Appellant, v. TERMINAL BARBER SHOPS, INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ. [See ante, p. 812.]

CATHERINE LOPEZ et al., Appellants, v. JOHN C. LINDSAY COMPANY, Respondent, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ. [See ante, p. 820.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KIMMOND, True Name WILLIAM KIMOND, Appellant.— No timely or proper appeal is here. We have examined the record, however, and find no vitiating irregularity. Application of the defendant, in the nature of an appeal from resentence, denied. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ.

HENRY J. RENDICH, Appellant, v. PREFERRED MUTUAL FIRE INSURANCE COMPANY OF CHENANGO COUNTY et al., Respondents.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel and Nolan, JJ.; Wenzel, J., not voting. [See ante, p. 800.]

ALICE TILTON et al., Appellants, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ.